IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHLESHETTE JOHNSON § | |
|    Plaintiff § | |
| § | |
| VS. § | C.A. NO. 4:23-cv-23 |
| § | |
| SELECT PORTFOLIO SERVICING, INC. § | |
|    Defendant § | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation of Dismissal Without Prejudice. The premises considered, now therefore, it is ORDERED: that all claims and causes of action brought by Plaintiff herein against Defendant, are hereby dismissed with prejudice to re-filing same or any part thereof.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

By: /s/Michael F. Hord Jr.
    Michael F. Hord Jr.
    State Bar No. 00784294
    Federal I.D. No. 6035
    HIRSCH & WESTHEIMER, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002-2772
    Telephone (713) 223-5181
    Facsimile (713) 223-9319
    E-mail: mhord@hirschwest.com

**ATTORNEYS FOR DEFENDANTS**

By: /s/Kietha Hamilton
    Kietha "Kay" Hamilton
    State Bar No. 24097768
    Hamilton Legal Services, PLLC
    700 Milam Street, Suite 1300
    Houston, Texas 77002
    Telephone: 832-429-8826
    Email: info@law-hls.com

**ATTORNEY FOR PLAINTIFF**