United States District Court
Southern District of Texas
**ENTERED**
December 13, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Case No. 7:17–mj–02260 |
| § | |
| Urbisio Mungia § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for December 18, 2017 at 11:00 AM before United States Magistrate Judge Dorina Ramos at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Dorina Ramos
United States Magistrate Judge

Date of order: **December 13, 2017**