U.S. Department of Justice  
Washington, D.C.  
12/14/2017/nc

Criminal Docket

____McALLEN____ Division

CR. No. __M-18-0008__   M-17-2260-M

Judge: __MICAELA ALVAREZ__

**INDICTMENT**   Filed: January 4, 2018  
County: Hidalgo  
Lions #: **2017R17379**

Attorneys:  
ABE MARTINEZ, ACTING U.S. ATTORNEY

UNITED STATES OF AMERICA

JAMES H. STURGIS, ASST. U.S. ATTORNEY

v.

URBISIO MUNGUIA   Cts. 1 & 2   Eric Samuel Jarvis, Ret'd, (956) 618-3211  
Custody: 12/12/2017  
MAX ALBERTO QUIROZ-DIAZ   Cts. 1 & 2   Arnulfo "Arnie" Guerra, Ret'd, (956) 929-8402  
Custody: 12/12/2017  
BEATRIZ ADRIANO-SANMARTIN   Cts. 1 & 2   Carlos E. Ortegon, Apt'd, (956) 287-3743  
Custody: 12/12/2017

Charge(s):  
Ct. 1: Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).  
Ct. 2: Possession with intent to distribute 5 kilograms or more, that is, approximately 100 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts  
**(2)**

Penalty:   Cts. 1 & 2:   Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Agency:   Homeland Security Investigations - Raul (Rudy) Garza, Jr. - MC13CR18MC0007

Date

Proceedings