UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case Number: 7:18–cr–00008

Urbisio Munguia

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  1/12/2018

**TIME:**  08:45 AM

**TYPE OF PROCEEDING:**  Arraignment


Date:   January 5, 2018

David J. Bradley, Clerk