UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                        Case Number: 7:18–cr–00008

Urbisio Munguia

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Micaela Alvarez

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 3/28/2018

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Jury Selection

Date:   March 1, 2018

David J. Bradley, Clerk