**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 7:18–cr–00008 |
| | § | |
| Urbisio Munguia | § | |

## PRE–SENTENCE INVESTIGATION SCHEDULE

The Defendant having been adjudicated GUILTY in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas.

1. That the investigation and preparation of the pre-sentence report be completed by **May 2, 2018**.

2. That immediately thereupon the pre-sentence report shall be made available to the Defense Counsel and Counsel for the Government via electronic delivery.

3. That counsel shall electronically file objections to the report (including the alleged facts of the offense and application of the sentencing guidelines) by **May 16, 2018**. A hard copy of such objections shall also be provided to Probation. If there is no objection, likewise a statement of non-opposition signed by Counsel and the Defendant shall be filed.

4. That after further investigation the pre-sentence officer shall submit a final report by **May 30, 2018**.

5. That counsel shall electronically file memorandums and/or any documentation for sentencing purposes **7 days before the sentencing hearing.** Any documentation not timely filed may be orally presented at the time of the sentencing.

6. That this case is set for sentencing hearing on **June 13, 2018 at 02:00 PM**.

SO ORDERED on March 28, 2018 at McAllen, Texas.

_____
Micaela Alvarez
United States District Judge