United States District Court
Southern District of Texas
**ENTERED**
June 08, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 7:18-CR-00008-1 |
| URBISIO MUNGUIA | § | |

## ORDER

On this date came on to be considered Urbisio Munguia's "Motion for Continuance Under Seal" [*Dkt. No. 78*]. The Court notes that the header of the motion reflects an incorrect case number; nonetheless, after duly considering the substance of the motion, the Court finds that the motion should be and it is hereby **GRANTED.** Sentencing is hereby reset to **August 23, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this _____ day of June, 2018.

_____
Micaela Alvarez
United States District Judge