UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CASE NO. <u>M-18-008-S1-003</u>

| UNITED STATES OF AMERICA | : | JUDGE: M. ALVAREZ |
| --- | --- | --- |
|  | : |  |
| v. |  |  |
|  | : |  |
| BEATRICE ADRIANO-SANMARTIN | : |  |
|  | : | DATE: JULY 11, 2018 |

**EXHIBIT LIST OF <u>THE GOVT.</u>**    **ATTORNEY** <u>J. STURGIS / J. PEARSON</u>

**PAGE <u>1</u> OF 1**

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Photo of defendant at Wings/Rings in Edinburg | | | | | | |
| 2 | Photo of defendant and U. Munguia at Wings/Rings | | | | | | |
| 3 | Photo of U. Munguia and B. Benavides at Wings/Rings | | | | | | |
| 4 | Photo of Walmart on Nolana/29th in McAllen | | | | | | |
| 5 | Photo of defendant, U. Munguia, and M.Quiroz loading boxes at Walmart | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 6 | Photo of defendant, U. Munguia and M. Quiroz loading boxes at Walmart |  |  |  |  |  |  |
| 7 | Photos of defendant, U. Munguia and M. Quiroz loading boxes at Walmart |  |  |  |  |  |  |
| 8 | Photo of U. Munguia' Hummer H3 |  |  |  |  |  |  |
| 9 | Photo of M. Quiroz' residence at 3001 Falcon, McAllen, TX |  |  |  |  |  |  |
| 10 | Photo of M. Quiroz' Mexican Driver's License |  |  |  |  |  |  |
| 11 | Photo of minivans in M. Quiroz' garage |  |  |  |  |  |  |
| 12 | Photo of silver minivan in M. Quiroz' garage |  |  |  |  |  |  |
| 13 | Photo of boxes of peppers in M. Quiroz' residence |  |  |  |  |  |  |
| 14 | Photo of box of peppers containing cocaine bundles |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 15 | Photo of box of peppers containing cocaine bundles | | | | | | |
| 16 | Photo of boxes of peppers with cocaine bundles | | | | | | |
| 17 | Photo of cocaine bundles stacked on shelf | | | | | | |
| 18 | Photo of cocaine bundles stacked on shelf | | | | | | |
| 19 | Photo of vacuum sealer | | | | | | |
| 20 | Photo of tape | | | | | | |
| 21 | Photo of bundle of currency | | | | | | |
| 22 | Photo of bundles of currency | | | | | | |
| 23 | Photo of Melrose on 23rd and Colbath in McAllen | | | | | | |
| 24 | Photo of silver minivan parked at Melrose on 12/12/17 | | | | | | |
| 25 | Photo of defendant's vehicle parked at Melrose on 12/12/17 | | | | | | |
| 26 | Photo of boxes of peppers in minivan at HSI on 12/12/17 | | | | | | |
| 27 | Photo of boxes of | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| | peppers/cocaine bundles at HSI on 12/12/17 | | | | | | |
| 28 | Photo of Academy in Edinburg | | | | | | |
| 29 | Photo of Starbucks in Edinburg | | | | | | |
| 30 | Photo of Walmart in Edinburg on Trenton/McColl | | | | | | |
| 31 | Photo of Hummer H3 parked with silver minivan at Walmart on 12/12/17 | | | | | | |
| 32 | Photo U. Munguia' Ford Platinum pickup | | | | | | |
| 33 | Photo of warehouses on Military Hwy | | | | | | |
| 34 | Photo of defendant and B. Benavides at Krispy Kreme | | | | | | |
| 35 | Photo of B. Benavides | | | | | | |
| 36 | Photo of A-1 Storage/Budget Truck Rental on Pecan in McAllen | | | | | | |
| 37 | Truck rental receipt from A-1 Storage/Budget Truck Rental on 03/22/17 | | | | | | |
| 38 | Photo of Apartments on McColl in McAllen | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 39 | Photo of defendant's previous residence in Edinburg | | | | | | |
| 40 | Photo of 15 bundles of cocaine weighing 16.96 kg; | | | | | | |
| 41 | Photo of samples 2A-2K | | | | | | |
| 42 | Photo of 75 bundles of cocaine | | | | | | |
| 43 | Photo of samples 1A-1K | | | | | | |
| 44 | Photo of 50 bundles of cocaine weighing 56.18 kg | | | | | | |
| 45 | Photo of defendant's phone; # (956)271-7055 | | | | | | |
| 46 | Photo of defendant's phone displaying "Guero" | | | | | | |
| 47 | Photo of U. Munguia' phones; # (956) 222-5194 and (956) 520-6391 | | | | | | |
| 48 | Photo of U. Munguia'phone; # (956) 520-6391 | | | | | | |
| 49 | Photo of U. Munguia' phone: # (956)520-6391 | | | | | | |
| 50 | Photo of U. | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
|  | Munguia' phone; # (956)222-5194 |  |  |  |  |  |  |
| 51 | CD containing phone tolls from Sprint Corp. for U. Munguia's phone; # (956) 520-6391: And attached records |  |  |  |  |  |  |
| 52 | CD containing phone tolls from Sprint Corp for Munguia's phone; # (956) 222-5194: And attached records |  |  |  |  |  |  |
| 53 | CD containing phone tolls from Sprint Corp for defendant's phone: # (956) 271-7055; And attached records |  |  |  |  |  |  |
| 54 | CD containing video from Walmart on McColl/Trenton in Edinburg on 12/12/17 |  |  |  |  |  |  |
| 55 | Photo from Walmart in Edinburg on McColl/Trenton on 12/12/17 |  |  |  |  |  |  |
| 56 | CD containing video from Krispy Kreme in Pharr on 12/1217 |  |  |  |  |  |  |
| 57 | CD containing and attached records of Celebrite phone |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
|  | dump of defendant's phone # (956) 271-7055 |  |  |  |  |  |  |
| 58 | CD of first interview of defendant on 12/12/17 |  |  |  |  |  |  |
| 59 | CD of second interview of defendant on 12/12/17 |  |  |  |  |  |  |
| 60 | Stipulation of Chemist's Testimony |  |  |  |  |  |  |