UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Case Number: 7:18−cr−00008

Urbisio Munguia

## Notice of Resetting

**A proceeding has been reset in this case as to Urbisio Munguia as set forth below.**

**BEFORE:**
**Judge Micaela Alvarez**

**PLACE:**
Courtroom of Honorable Micaela Alvarez
Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 8/24/2018

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   August 13, 2018                                     David J. Bradley, Clerk