# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. M-18-0008-(01) & (02) |
| | § |
| URBISIO MUNGUIA | § |
| MAX ALBERTO QUIROZ-DIAZ | § |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter, and would respectfully show the Court the following:

I.

The above-styled and numbered cause is set for sentencing on the above defendants on August 24, 2018 at 9:00 a.m. The Government moves for continuance for the following reason: Counsel is scheduled to be out of town on that date.

II.

Consequently, the Government respectfully requests that the sentencing be reset to another date convenient to the Court.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/James Sturgis*
James Sturgis
Assistant United States Attorney

**CERTIFICATE OF CONFERENCE**

On August 14, 2018, I consulted with Eric Jarvis and Arnulfo Guerra., attorneys for the defendants, and they advised that they were unopposed to this motion for continuance of the sentencing.

                                             */s/James Sturgis*
                                             James Sturgis
                                             Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this the 15th day of August 2018, a true and correct copy of the foregoing Motion was mailed, hand delivered, or e-mailed via ECF to Eric Jarvis and Arnulfo Guerra, attorneys for the defendants.

                                             */s/James Sturgis*
                                             James Sturgis
                                             Assistant United States Attorney