IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-18-0008-(01) & (02) |
| URBISIO MUNGUIA<br>MAX ALBERTO QUIROZ-DIAZ | § § | |

**O R D E R**

The Court has considered the Government's Unopposed Motion for Continuance of the Sentencing. The Court is of the opinion that the motion should be, and is hereby, GRANTED.

Therefore, the Sentencing as to defendants Urbisio Munguia and Max Alberto Quiroz-Diaz is continued to the _____ day of _____, 2018, at ____ a.m./p.m.

SIGNED this the _____ day of August 2018 at McAllen, Texas.

_____
Randy Crane
UNITED STATES DISTRICT JUDGE