United States District Court
Southern District of Texas
FILED

AUG 1 6 2018

David J. Bradley, Clerk

United States District Court
Southern District of Texas

**ENTERED**

August 16, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIM. ACTION NO. 7:18-CR-00008-1 & 2 |
| | § | |
| URBISIO  MUNGUIA; MAX ALBERTO | § | |
| QUIROZ-DIAZ | § | |
| | § | |
| Defendants. | | |

## ORDER

On this date came on to be considered the "Government's Unopposed Motion for Continuance of Sentencing" [*Dkt. No. 102*].   The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED.**   Sentencing is hereby reset, *as to both defendants*, to **September 19, 2018 at 2:00 p.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this ___ day of August, 2018.

Micaela Alvarez
United States District Judge