# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO.  M-18-0008-(01) & (03) |
| § | |
| URBISIO MUNGUIA § | |
| BEATRIZ ADRIANO-SANMARTIN § | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America through Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, and the undersigned Assistant United States Attorney, and respectfully requests that the Court continue the sentencing hearing set herein for September 19, 2018 at 2:00 p.m.  For cause, the Government states that the Assistant United States Attorney assigned to the cause is scheduled to be at the "District Wide Training Conference" September 19 - 21, 2018 in Houston, Texas.   The Government respectively requests that hearing be reset to a date after September 21, 2018.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY


*/s/James H. Sturgis*
James H. Sturgis
Assistant United States Attorney

## CERTIFICATE OF CONSULTATION

My assistant has consulted with the office of Eric Samuel Jarvis and Adolfo "Al" Alvarez, counsel for defendants, who has stated that they has no objection to this motion.

/s/James H. Sturgis
James H. Sturgis
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion was mailed, hand delivered, or e-mailed via ECF to Eric Samuel Jarvis and Adolfo "Al" Alvarez, defendants' counsel of record, this 11th day of September, 2018.

/s/James H. Sturgis
James H. Sturgis
Assistant United States Attorney