**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO.  M-18-0008-(01) & (03) |
| § | |
| URBISIO MUNGUIA § | |
| BEATRIZ ADRIANO-SANMARTIN § | |

## ORDER

On this date came on to be considered the Government's Unopposed Motion to Continue Sentencing, and the Court having considered the same HEREBY

_____GRANTS said Motion and the Sentencing herein is rescheduled for the \_\_\_\_\_day of _____, 2018, at _____.

_____DENIES said Motion, the Sentencing to occur as scheduled.

Signed in McAllen, Texas on this the _____ day of September, 2018.

Micaela Alvarez
UNITED STATES DISTRICT JUDGE