United States District Court
Southern District of Texas
**ENTERED**
September 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIM. ACTION NO. 7:18-CR-00008-1 & 3 |
| | § | |
| URBISIO MUNGUIA | § | |
| BEATRIZ ADRIANO-SANMARTIN | § | |

### ORDER

On this date came on to be considered the "Government's Unopposed Motion to Continue Sentencing" [*Dkt. No. 106*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED**. Sentencing is hereby reset to **October 18, 2018 at 2:00 p.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of September, 2018.

Micaela Alvarez
United States District Judge