*Composite Exhibit "A"*



Giles W. Dalby
Correctional Facility

# MEMORANDUM

**Date:**   **June 29, 2021**
**To:**     **Munguia, Urbisio**
           **Reg. No.   33922-479**
           **QTR:       F04-012L**
**From:**   **M. Friend, Warden**
**cc:**     **Central File**
**Re:**     **Compassionate Release/Reduction In Sentence Review**

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed
pursuant to 18 U.S.C §3582 (c)(1)(A) and Program Statement 5050.50, pages 4-5 (3)(a)(b).
Although, you have been diagnosed with or suffer from various medical conditions that could
possibly cause you to be more susceptible to contracting the coronavirus, you have a detainer
with U.S. Immigration and Customs Enforcement (ICE) and you are not a citizen or national of
the United States. Per Program Statement 5050.50, page 12 (7), all unresolved detainers must
be reviewed and evaluated. According to recent correspondence with ICE, due to your current
Aggravated Felony Conviction, you will be processed by ICE upon completion of your current
sentence and transferred to an Immigration Detention Center where it will be determined
whether or not you will be removed to your country of origin.

Accordingly, it has been determined you are not appropriate for RIS at this time; however, you
may resubmit your request at such time that you meet the criteria mentioned above. If you are
not satisfied with this reply, you may submit an appeal in accordance with the provisions set
forth in GDWCF Policy 3-E1 within fifteen (15) days of the date of this response.

From: Urbisio Munguia
Register # 33922-479
GILES W. DALBY CORRECTIONAL FACILITY
805 NORTH AVENUE F
POST, TX 79356.

May 26, 2021

To: WARDEN, Mr: M.FRIEND
GILES W. DALBY CORRECTIONAL FACILITY
805 NORTH AVENUE F
POST, TX 79356.

RE: Requesting Home Detention and Compasionate Release
Due to COVID-19 Conserns

Dear Director, WARDEN, Mr: M.FRIEND

On April 3,2020, Attorney General Barr issued a memorandum to the Director of the Bureau of Prisons finding that, under the Coronavirus Aid, Relief, and economic Security Act ("CARES ACT"), emergency conditions related to the COVID-19 pandemic will mate rially affect the funtioning of the BOP. This finding authorizes the Director of the BOP to lengthen the maximum amount of time a BOP prisioner can serve their sentence in home confinement. Attorney General Barr aske the BOP Director to allow home cofinement for prisioners in high risk groups for COVID-19 and/or prisioners at BOP facility where COVID-19 is spreading. The warden and BOP staff can approve this.

The coronavirus disease 2019 (COVID-19) is rapidly spreading in all parts of the Uni ted States, including its prisons. There is no vaccine or cure for this deadly disease The centers for Disease Controls (CDC) recomends protecting oneself from the disease by frecuent handwashing, frecuent sterilizind of surfaces, and individuals remaining at a distance of at least six feet from each other. It is impossible to do that in this facility.

My name is Urbisio Munguia, BOP# 33922-479, I'm inmate at Giles W. Dalby C. F., I asking for a compassionate release based on my severe health issues and under the program give by General Attorney Barr, to serve home detention due to COVID-19.

My health issues, I have diabetes, I'm also suffering from hypertension, and obesity and HTN/Cardiac.

I do have a home where to serve my sentence which is located at Mexico. My family reside there as well.

My release plan to put them back to work upon my release. I hope all my health issu- es are taken into consideration on this special time and situation that we are leaving with this COVID-19 outbreak.

Respectfully,

Urbisio Munguia
Reg. No.: 33922-479.

```
  DALDO  540*23  *        SENTENCE MONITORING        *      05-19-2021
 PAGE 001          *        COMPUTATION DATA          *      09:29:37
    ᓍ                      AS OF 05-19-2021
```

REGNO..: 33922-479 NAME: MUNGUIA, URBISIO


```
FBI NO...........: 819487NA5        DATE OF BIRTH: 09-25-1973  AGE:  47
ARS1.............: DAL/A-DES
UNIT.............: BLDG F            QUARTERS.....: F04-012L
DETAINERS........: YES              NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 02-18-2023

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-18-2023 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

```
COURT OF JURISDICTION...........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 7:18CR00008-001
JUDGE..........................: ALVAREZ
DATE SENTENCED/PROBATION IMPOSED: 10-18-2018
DATE COMMITTED..................: 01-16-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00        $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

---------------------CURRENT OBLIGATION NO: 010 ---------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21 U.S.C. 846,841(A)(1) & 841(B)(1)(A) CONSPIRACY TO POSSESS,
         WITH INTENT TO DISTRIBUTE, 5 KILOGRAMS OR MORE OF COCAINE.

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   80 MONTHS
 DATE OF OFFENSE................: 12-12-2017
```

G0002       MORE PAGES TO FOLLOW . . .

```
  DALD0   540*23  *          SENTENCE MONITORING          *     05-19-2021
PAGE 002          *           COMPUTATION DATA            *     09:29:37
                                AS OF 05-19-2021

REGNO..: 33922-479 NAME: MUNGUIA, URBISIO


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-31-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-08-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-18-2018
TOTAL TERM IN EFFECT............:    80 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS      8 MONTHS
EARLIEST DATE OF OFFENSE........: 12-12-2017

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    12-12-2017    10-17-2018

TOTAL PRIOR CREDIT TIME.........: 310
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 359
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 08-18-2023
ELDERLY OFFENDER TWO THIRDS DATE: 05-23-2022
EXPIRATION FULL TERM DATE.......: 08-11-2024
TIME SERVED.....................:    3 YEARS      5 MONTHS       8 DAYS
PERCENTAGE OF FULL TERM SERVED..: 51.5
PERCENT OF STATUTORY TERM SERVED: 60.4

PROJECTED SATISFACTION DATE.....: 08-18-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 03-31-20:GCT UPDT PURSUANT TO FSA I/BEG.




G0002      MORE PAGES TO FOLLOW . . .
```

```
  DALDO  540*23  *          SENTENCE MONITORING         *       05-19-2021
PAGE 003 OF 003 *           COMPUTATION DATA            *       09:29:37
                            AS OF 05-19-2021
```

REGNO..: 33922-479 NAME: MUNGUIA, URBISIO


----------------------------- CURRENT DETAINERS: -----------------------------

```
DETAINER NO..: 001
DATE LODGED..: 01-16-2019
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: ICE
CHARGES......: DEPORTATION, A093 240 771, MEXICO
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED