## _Composite Exhibit "B"_

# Chronic Care Clinic

**Date:**

02/02/2021

**Did patient refuse or not show up for Chronic Clinic appointment:**

☑ Patient is Present

> **Type(s) of Chronic Care Clinic(s):**
> ☑ Diabetes  ☑ HTN/Cardiac
>
> > **Type of Diabetes:**
> > ☑ Non Insulin Dependent (NIDDM)
> >
> > **Diabetes Severity:**
> > ☑ Mild

**Allergies:**

NO KNOWN DRUG ALLERGY

**Current Medications:**

ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2021-02-02--2022-02-01
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2021-02-02--2022-02-01
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2021-02-02--2022-02-01

**Additional Information:**

*NO ANSWER PROVIDED*

## Subjective

**History of Present Illness/Illnesses:**

The patient presents to the CCC for routine check on dm and htn. He reports medication compliance and denies unwanted side effects. Denies questions or concerns at this time.

### Review of Systems

**General:**

☑ No Fever  ☑ No Weakness  ☑ No Fatigue  ☑ No Recent Weight Change

**Additional Comments on General Review:**

*NO ANSWER PROVIDED*

**Skin:**

☑ No Dryness  ☑ No Ulcer  ☑ No Rash  ☑ No Itching  ☑ No Skin Breaks

**Additional Comments on Skin Review:**

*NO ANSWER PROVIDED*

**Eyes:**

*NO ANSWER PROVIDED*

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 02/02/2021
18:01:23

**Hematologic:**
*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**

☑ No vitals Refused

### Vital Signs

| **Pulse Rate:** | **Blood Pressure:** | **O2 Sat:** |
|---|---|---|
| 70 | 131/90 | 96 |
| **Respiratory Rate:** | **Weight:** | **Temperature:** |
| 18 | 275 | 97.0 |

### BP Recheck (if needed)

| **Blood Pressure Recheck #1:** | **Time of Recheck #1:** |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

**Height:**

5-10

**BMI:**

38.31

Foot Exam every 3 months if abnormal

**Diabetes Comprehensive Foot Exam:**

☑ Foot Exam not needed at this time (already scheduled for exam)

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 11/11/2020
16:12:33

## Chronic Care Clinic

**Date:**

08/19/2020

**Did patient refuse or not show up for Chronic Clinic appointment:**

☑ Patient is Present

> **Type(s) of Chronic Care Clinic(s):**
>
> ☑ Diabetes   ☑ HTN/Cardiac
>
> > **Type of Diabetes:**
> > ☑ Non Insulin Dependent (NIDDM)
> >
> > **Diabetes Severity:**
> > ☑ Mild

**Allergies:**

NO KNOWN DRUG ALLERGY

**Current Medications:**

AMOX/CLAV 875MG/125MG TAB -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-08-19--2020-09-02
ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2020-02-08--2021-02-06
CARBAMIDE PERX 6.5% OTIC -- [INSTILL 3 DROP(S) INTO EACH EAR IN THE EVENING (TX)] -- 2020-08-20--2020-08-24
KETOROLAC 60MG/2ML SYRING -- [INJECT 60 MILLIGRAM(S) INTRA-MUSCULARLY ONCE DAILY (TX)] -- 2020-08-19--2020-08-20
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06

**Additional Information:**

*NO ANSWER PROVIDED*

> ## Subjective
>
> **History of Present Illness/Illnesses:**
>
> The patient presents to the CCC for routine check on htn and diabetes. He reports medication compliance and denies unwanted side effects. He feels better since recovering from covid but still feels tired sometimes. Denies headache, chest pain or sob at this time. He has noticed his right tonsils were starting to hurt.
>
> > ## Review of Systems
> >
> > **General:**
> >
> > ☑ No Fever   ☑ No Weakness   ☑ No Recent Weight Change
> >
> > **Additional Comments on General Review:**
> >
> > tires easily but has recently recovered from covid
> >
> > **Skin:**
> >
> > ☑ No Dryness   ☑ No Ulcer   ☑ No Rash   ☑ No Itching   ☑ No Skin Breaks
> >
> > **Additional Comments on Skin Review:**
> >
> > *NO ANSWER PROVIDED*

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 08/19/2020
18:19:24

| | | | | |
|---|---|---|---|---|
| metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 2/6/2020 5:43:18 PM | 2/6/2020 5:43:18 PM | 11/14/2019 | 5/3/2020 | 2/3/2020 |
| REDDICK, JACOB | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Lisinopril 20mg Tablet (PRINIVIL) - KOP DISCONTINUED - 2/2/2021 6:56:38 PM | 2/2/2021 6:56:38 PM | 2/8/2020 | 2/6/2021 | 1/11/2021 |
| REDDICK, JACOB | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 2/2/2021 6:56:53 PM | 2/2/2021 6:56:53 PM | 2/8/2020 | 2/6/2021 | 1/11/2021 |
| REDDICK, JACOB | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 2/2/2021 6:56:18 PM | 2/2/2021 6:56:18 PM | 2/8/2020 | 2/6/2021 | 1/11/2021 |
| REDDICK, JACOB | | | | |
| CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY | | | | |
| Ibuprofen 200mg Tablet (ADVIL) DISCONTINUED - 7/9/2020 11:27:12 AM | 7/9/2020 11:27:12 AM | 7/6/2020 | 7/13/2020 | 7/9/2020 |
| FLORES, ALEXANDRIA K | | | | |
| TAKE 3 TABLET(S) ORALLY TWICE DAILY | | | | |
| Chlorpheniramine 4mg Tab (CHLOR-TRIMETON) DISCONTINUED - 7/9/2020 2:23:45 PM | 7/9/2020 2:23:45 PM | 7/6/2020 | 7/11/2020 | 7/9/2020 |
| FLORES, ALEXANDRIA K | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Acetaminophen 325mg Tab (TYLENOL) DISCONTINUED - 7/22/2020 12:44:32 PM | 7/22/2020 12:44:32 PM | 7/9/2020 | 7/22/2020 | 7/21/2020 |
| URBINA, JENNIFER MARIE | | | | |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY AS NEEDED | | | | |
| Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 5/12/2021 11:51:07 AM | 5/12/2021 11:51:07 AM | 2/5/2021 | 2/4/2022 | 5/5/2021 |
| URBINA, JENNIFER MARIE | | | | |
| CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY | | | | |
| Lisinopril 20mg Tablet (PRINIVIL) - KOP DISCONTINUED - 5/12/2021 11:51:37 AM | 5/12/2021 11:51:37 AM | 2/5/2021 | 2/4/2022 | 5/5/2021 |
| URBINA, JENNIFER MARIE | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 5/12/2021 11:51:54 AM | 5/12/2021 11:51:54 AM | 2/5/2021 | 2/4/2022 | 5/5/2021 |
| URBINA, JENNIFER MARIE | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Cephalexin 500mg Capsule (KEFLEX) | | 1/30/2019 | 2/9/2019 | 2/9/2019 |
| FLORES, ALEXANDRIA K | | | | |
| TAKE 2 CAPSULES IN THE AM AND 1 CAPSULE IN THE PM X10 DAYS | | | | |

**EHR Clinical Report**

| | |
|---|---|
| **Facility:** | TXGW - GILES W. DALBY CORR FACILITY |
| **Created By:** | TAYLOR, MADISON |
| **Created On:** | 05/17/2021 1:49:05 PM |

| | | | | |
|---|---|---|---|---|
| **glipiZIDE 10mg Tablet (GLUCOTROL) DISCONTINUED - 6/24/2019 2:55:36 PM** | **6/24/2019** 2:55:36 PM | 5/3/2019 | 7/31/2019 | 6/2/2019 |
| *CORONA, RITA E* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **Lisinopril 40mg Tablet (PRINIVIL) DISCONTINUED - 6/24/2019 2:56:24 PM** | **6/24/2019** 2:56:24 PM | 5/3/2019 | 7/31/2019 | 6/2/2019 |
| *CORONA, RITA E* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **metFORMIN 500mg Tablet (GLUCOPHAGE) DISCONTINUED - 6/24/2019 2:56:54 PM** | **6/24/2019** 2:56:54 PM | 5/3/2019 | 7/31/2019 | 6/2/2019 |
| *CORONA, RITA E* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **Lisinopril 20mg Tablet (PRINIVIL) - KOP DISCONTINUED - 11/6/2019 2:16:37 PM** | **11/6/2019** 2:16:37 PM | 7/25/2019 | 11/21/2019 | 10/27/2019 |
| *CORONA, RITA E* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 11/6/2019 2:15:46 PM** | **11/6/2019** 2:15:46 PM | 7/25/2019 | 11/21/2019 | 10/27/2019 |
| *CORONA, RITA E* | | | | |
| *TAKE 1/2 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 9/6/2019 1:33:40 PM** | **9/6/2019** 1:33:40 PM | 9/1/2019 | 9/25/2019 | |
| *CORONA, RITA E* | | | | |
| *CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY* | | | | |
| **Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 11/14/2019 3:11:39 AM** | **11/14/2019** 3:11:39 AM | 9/6/2019 | 3/3/2020 | 10/29/2019 |
| *CORONA, RITA E* | | | | |
| *CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY* | | | | |
| **metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 11/14/2019 3:12:27 AM** | **11/14/2019** 3:12:27 AM | 11/6/2019 | 5/3/2020 | |
| *REDDICK, JACOB* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **Lisinopril 20mg Tablet (PRINIVIL) - KOP DISCONTINUED - 11/14/2019 3:07:39 AM** | **11/14/2019** 3:07:39 AM | 11/6/2019 | 5/3/2020 | |
| *REDDICK, JACOB* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **Lisinopril 20mg Tablet (PRINIVIL) - KOP DISCONTINUED - 2/6/2020 5:42:56 PM** | **2/6/2020** 5:42:56 PM | 11/14/2019 | 5/3/2020 | 2/3/2020 |
| *REDDICK, JACOB* | | | | |
| *TAKE 1 TABLET(S) ORALLY TWICE DAILY* | | | | |
| **Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 2/6/2020 5:43:40 PM** | **2/6/2020** 5:43:40 PM | 11/14/2019 | 5/3/2020 | 2/3/2020 |
| *REDDICK, JACOB* | | | | |
| *CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY* | | | | |

**EHR Clinical Report**

| | |
|---|---|
| **Facility:** | TXGW - GILES W. DALBY CORR FACILITY |
| **Created By:** | TAYLOR, MADISON |
| **Created On:** | 05/17/2021 1:49:05 PM |

| | | | | |
|---|---|---|---|---|
| Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP | | 5/14/2021 | 5/13/2022 | |
| REDDICK, JACOB | | | | |
| CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY | | | | |
| Lisinopril 20mg Tablet (PRINIVIL) - KOP | | 5/14/2021 | 5/13/2022 | |
| REDDICK, JACOB | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP | | 5/14/2021 | 5/13/2022 | |
| REDDICK, JACOB | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |

**Inactive**

| | | | | |
|---|---|---|---|---|
| metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 2/8/2019 4:33:53 PM | 2/8/2019 4:33:53 PM | 1/16/2019 | 2/14/2019 | 1/18/2019 |
| CORONA, RITA E | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| glipiZIDE 10mg Tablet (GLUCOTROL) - KOP DISCONTINUED - 2/8/2019 4:33:53 PM | 2/8/2019 4:33:53 PM | 1/16/2019 | 2/14/2019 | 1/18/2019 |
| CORONA, RITA E | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Lisinopril 40mg Tablet (PRINIVIL) - KOP DISCONTINUED - 2/8/2019 4:33:53 PM | 2/8/2019 4:33:53 PM | 1/16/2019 | 2/14/2019 | 1/18/2019 |
| CORONA, RITA E | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 2/8/2019 4:33:53 PM | 2/8/2019 4:33:53 PM | 1/16/2019 | 2/14/2019 | 1/18/2019 |
| CORONA, RITA E | | | | |
| CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY | | | | |
| Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP DISCONTINUED - 5/3/2019 10:28:27 AM | 5/3/2019 10:28:27 AM | 2/8/2019 | 5/8/2019 | 4/9/2019 |
| CORONA, RITA E | | | | |
| CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY | | | | |
| glipiZIDE 10mg Tablet (GLUCOTROL) - KOP DISCONTINUED - 5/3/2019 10:28:28 AM | 5/3/2019 10:28:28 AM | 2/8/2019 | 5/8/2019 | 3/7/2019 |
| CORONA, RITA E | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| Lisinopril 40mg Tablet (PRINIVIL) - KOP DISCONTINUED - 5/3/2019 10:28:28 AM | 5/3/2019 10:28:28 AM | 2/8/2019 | 5/8/2019 | 3/7/2019 |
| CORONA, RITA E | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |
| metFORMIN 500mg Tablet (GLUCOPHAGE) - KOP DISCONTINUED - 5/3/2019 10:28:28 AM | 5/3/2019 10:28:28 AM | 2/8/2019 | 5/8/2019 | 4/9/2019 |
| CORONA, RITA E | | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | | |

**EHR Clinical Report**

**Facility:** TXGW - GILES W. DALBY CORR FACILITY

**Created By:** TAYLOR, MADISON

**Created On:** 05/17/2021 1:49:05 PM

NO ANSWER PROVIDED

**Musculoskeletal:**
NO ANSWER PROVIDED

**Additional Musculoskeletal Exam Notes:**
NO ANSWER PROVIDED

**Neurologic:**
NO ANSWER PROVIDED

**Additional Neurologic Exam Notes:**
NO ANSWER PROVIDED

**Additional Findings:**
NO ANSWER PROVIDED

## Assessment

**Diabetic Assessment (Diagnosis):**
Poorly controlled with A1C of 9.6 and worsening since last visit.

**HTN/Cardiac Assessment (Diagnosis):**
Well controled

**Additional Assessment (Diagnosis):**
NO ANSWER PROVIDED

**Degree of Control for Diabetes:**
☑ Poor (Diabetes)

**Degree of Control for HTN/Cardiac:**
☑ Good (HTN/Cardiac)

**Clinical Status of Diabetes:**
☑ Stable

**Clinical Status of HTN/Cardiac:**
☑ Stable

**Treatment Goal if BP greater than 140/90:**
NO ANSWER PROVIDED

## Plan

**Diabetes Plan:**
Will add glipzide 5mg PO QD. recheck A1C and f.u in 90 days

continue metformin at same dose

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB on 05/13/2021 00:25:28

*URBINA, JENNIFER MARIE*

*CHEW AND SWALLOW 2 TABLET(S) ORALLY TWICE DAILY AS NEEDED*

## Problem List

| Problem Description | Start Date | Diagnosed By | Resolved By | Stop Date |
|---|---|---|---|---|
| MTC- DIAGNOSIS- (C19 - T PS  C) - COVID - 19 Test Positive | 8/11/2020 | U- WATTS, LAURI | | 7/13/2020 |
| ICD-10- (I10) - Essential (primary) hypertension | 11/6/2019 | U- REDDICK, JACOB | | |
| MTC- DIAGNOSIS- (E11.9) - Type 2 diabetes mellitus without complications | 11/6/2019 | U- REDDICK, JACOB | | |

## Lab Result Summary

| Service | Provider | Collected Date | Result Date |
|---|---|---|---|
| Hemoglobin A1c | URBINA, J | 05/06/2021 5:00A | 05/08/2021 6:10A |
| Hemoglobin A1c | URBINA, J | 02/11/2021 5:00A | 02/12/2021 5:08A |
| Lipid Panel | URBINA, J | 02/11/2021 5:00A | 02/12/2021 5:08A |
| Result | URBINA, J | 11/19/2020 5:00A | 11/20/2020 20:08P |
| Urine Culture, Routine | URBINA, J | 11/19/2020 5:00A | 11/20/2020 20:08P |
| Albumin/Creatinine Ratio,Urine | URBINA, J | 11/19/2020 5:00A | 11/20/2020 11:11A |
| Urinalysis, Routine | URBINA, J | 11/19/2020 5:00A | 11/20/2020 5:08A |
| Hemoglobin A1c | URBINA, J | 11/19/2020 5:00A | 11/20/2020 4:07A |
| Hemoglobin A1c | REDDICK, J | 07/28/2020 5:00A | 07/29/2020 10:11A |
| TSH | REDDICK, J | 07/28/2020 5:00A | 07/29/2020 9:11A |
| Lipid Panel | REDDICK, J | 07/28/2020 5:00A | 07/29/2020 9:11A |
| Comp. Metabolic Panel (14) | REDDICK, J | 07/28/2020 5:00A | 07/29/2020 9:11A |
| CBC With Differential/Platelet | REDDICK, J | 07/28/2020 5:00A | 07/29/2020 9:11A |
| SARS-CoV-2, NAA | REDDICK, J | 07/09/2020 11:29A | 07/13/2020 4:04A |

## Vitals Summary

| Vitals Type Desc | Vital Inforamtion | Recorded By | Date Taken |
|---|---|---|---|
| BODY TEMPERATURE | 97.8 °F | REDDICK, JACOB | 5/13/2021 12:25:28 AM |
| BODY TEMPERATURE | 97.8 °F | CARMONA, MARIA | 5/12/2021 10:42:00 AM |
| BODY TEMPERATURE | 98.6 °F | FLORES, JIMMY | 5/2/2021 4:01:46 AM |
| BODY TEMPERATURE | 98.2 °F | URBINA, JENNIFER | 4/19/2021 1:16:55 PM |
| BODY TEMPERATURE | 96.5 °F | WAGNER, MARGARET | 4/12/2021 7:25:18 PM |
| BODY TEMPERATURE | 97.5 °F | URBINA, JENNIFER | 2/2/2021 6:01:23 PM |

**EHR Clinical Report**

**Facility:** TXGW - GILES W. DALBY CORR FACILITY

**Created By:** TAYLOR, MADISON

**Created On:** 05/17/2021 1:49:05 PM

# FINAL REPORT

| D O C T O R | REDDICK, J<br>42169880 \| TXGW \| GILES W. DALBY<br>CORR FACILITY<br>805 NORTH AVENUE F<br><br>POST, TX 79356<br>  Acct #:42169880<br><br>    NPI: 1912317587 | P A T I E N T | MUNGUIA, URBISIO<br><br>DOB:9/25/1973<br>SEX:M          AGE:47<br>U/FL:F04      WING:<br>ROOM:         BED: 12L<br>  ID:  3176290  ALT ID: 33922-<br>                     479 | S A M P L E | Specimen ID: 19342301390<br><br>  Report Date: 7/13/2020 4:04<br>Date Received: 7/11/2020 0:00<br>Date Observed:7/9/2020 11:29 |

NOTES:

## CLINICAL INFORMATION

FASTING:    N              Total Volume:                    Source:

## CLINICAL REPORT

**Clinical Abnormalities Summary:**   (May not contain all abnormal results; narrative results may not have abnormal flags.
                                       Please review entire report.)

| SARS-CoV-2, NAA | A |
| --- | --- |

**SARS-CoV-2, NAA**

| Test | Result | Abnormal | Reference | Units | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| SARS-CoV-2, NAA | | Detected A | Not Detected | | F | 01 |

Testing was performed using the Aptima SARS-CoV-2 assay.
This test was developed and its performance characteristics determined
by LabCorp Laboratories. This test has not been FDA cleared or
approved. This test has been authorized by FDA under an Emergency Use
Authorization (EUA). This test is only authorized for the duration of
time the declaration that circumstances exist justifying the
authorization of the emergency use of in vitro diagnostic tests for
detection of SARS-CoV-2 virus and/or diagnosis of COVID-19 infection
under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b)(1), unless
the authorization is terminated or revoked sooner.
When diagnostic testing is negative, the possibility of a false
negative result should be considered in the context of a patient's
recent exposures and the presence of clinical signs and symptoms
consistent with COVID-19. An individual without symptoms of COVID-19
and who is not shedding SARS-CoV-2 virus would expect to have a
negative (not detected) result in this assay.

## PERFORMING LAB

01 - LabCorp Dallas, 7777 Forest Ln Bldg C350, DallasTX, 752302544 9725986000, MD, Etufugh, CN  MD,

L = BELOW LOW NORMAL  |  LL = ALERT LOW  |  H = ABOVE HIGH NORMAL |  HH = ALERT HIGH   | < = PANIC LOW  | > = PANIC HIGH | A = ABNORMAL |
AA = CRITICAL ABNORMAL | S = SUSCEPTIBLE | R = RESISTANT | I = INTERMEDIATE | NEG = NEGATIVE | POS = POSITIVE

# PRELIMINARY REPORT

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| REDDICK, J<br>42169880 \| TXGW \| GILES W. DALBY<br>CORR FACILITY<br>805 NORTH AVENUE F<br><br>POST, TX 79356<br>  Acct #:42169880<br><br>    NPI: 1912317587 | MUNGUIA, URBISIO<br><br>DOB:9/25/1973<br>SEX:M              AGE:47<br>U/FL:F04          WING:<br>ROOM:             BED: 12L<br>  ID:  3176290   ALT ID: 33922-479 | Specimen ID: 21016341940<br><br>Report Date: 7/29/2020 9:11<br>Date Received: 7/29/2020 0:00<br>Date Observed:7/28/2020 5:00 |

NOTES:

## CLINICAL INFORMATION

FASTING:    Y                Total Volume:                    Source:

## CLINICAL REPORT

### Clinical Abnormalities Summary:     (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | |
|---|---|---|---|
| Glucose | H | HDL Cholesterol | L | Lymphs (Absolute) | H |
| Triglycerides | H | WBC | H | | |

**CBC With Differential/Platelet**

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | | 11.3 H | 3.4-10.8 | x10E3/uL | F | 01 |
| RBC | 5.03 | | 4.14-5.80 | x10E6/uL | F | 01 |
| Hemoglobin | 14.3 | | 13.0-17.7 | g/dL | F | 01 |
| Hematocrit | 44.2 | | 37.5-51.0 | % | F | 01 |
| MCV | 88 | | 79-97 | fL | F | 01 |
| MCH | 28.4 | | 26.6-33.0 | pg | F | 01 |
| MCHC | 32.4 | | 31.5-35.7 | g/dL | F | 01 |
| RDW | 12.7 | | 11.6-15.4 | % | F | 01 |
| Platelets | 270 | | 150-450 | x10E3/uL | F | 01 |
| Neutrophils | 44 | | Not Estab. | % | F | 01 |
| Lymphs | 45 | | Not Estab. | % | F | 01 |
| Monocytes | 6 | | Not Estab. | % | F | 01 |
| Eos | 4 | | Not Estab. | % | F | 01 |
| Basos | 1 | | Not Estab. | % | F | 01 |
| Immature Cells | | | | | F | 01 |
| Neutrophils (Absolute) | 5.0 | | 1.4-7.0 | x10E3/uL | F | 01 |
| Lymphs (Absolute) | | 5.2 H | 0.7-3.1 | x10E3/uL | F | 01 |
| Monocytes(Absolute) | 0.6 | | 0.1-0.9 | x10E3/uL | F | 01 |
| Eos (Absolute) | 0.4 | | 0.0-0.4 | x10E3/uL | F | 01 |
| Baso (Absolute) | 0.1 | | 0.0-0.2 | x10E3/uL | F | 01 |
| Immature Granulocytes | 0 | | Not Estab. | % | F | 01 |
| Immature Grans (Abs) | 0.0 | | 0.0-0.1 | x10E3/uL | F | 01 |
| NRBC | | | | | F | 01 |
| Hematology Comments: | | | | | F | 01 |

L = BELOW LOW NORMAL  |  LL = ALERT LOW  |  H = ABOVE HIGH NORMAL  |  HH = ALERT HIGH  | < = PANIC LOW  | > = PANIC HIGH | A = ABNORMAL |
AA = CRITICAL ABNORMAL | S = SUSCEPTIBLE | R = RESISTANT | I = INTERMEDIATE | NEG = NEGATIVE | POS = POSITIVE

**FINAL REPORT**

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| REDDICK, J<br>42169880 \| TXGW \| GILES W. DALBY<br>CORR FACILITY<br>805 NORTH AVENUE F<br><br>POST, TX 79356<br>  Acct #:42169880<br><br>    NPI: 1912317587 | MUNGUIA, URBISIO<br><br>DOB:9/25/1973<br>SEX:M            AGE: 47<br>U/FL:F04         WING:<br>ROOM:            BED: 12L<br>  ID:  3176290   ALT ID: 33922-<br>                         479 | Specimen ID: 21016341940<br><br>Report Date: 7/29/2020 10:11<br>Date Received: 7/29/2020 0:00<br>Date Observed:7/28/2020 5:00 |

NOTES:

## CLINICAL INFORMATION

FASTING:    Y            Total Volume:            Source:

## CLINICAL REPORT

**Clinical Abnormalities Summary:**    (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

Hemoglobin A1c            H

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| Hemoglobin A1c | | 7.7 H | 4.8-5.6 | % | F | 01 |
| | | Prediabetes: 5.7 - 6.4<br>Diabetes: >6.4<br>Glycemic control for adults with diabetes: <7.0 | | | | |

## PERFORMING LAB

01 - LabCorp Dallas, 7777 Forest Ln Bldg C350, DallasTX, 752302544 9725986000, MD, Etufugh, CN  MD,

L = BELOW LOW NORMAL  |  LL = ALERT LOW  |  H = ABOVE HIGH NORMAL |  HH = ALERT HIGH  |  < = PANIC LOW  |> = PANIC HIGH | A = ABNORMAL |
AA = CRITICAL ABNORMAL | S = SUSCEPTIBLE | R = RESISTANT | I = INTERMEDIATE | NEG = NEGATIVE | POS = POSITIVE

# PRELIMINARY REPORT

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| REDDICK, J<br>42169880 \| TXGW \| GILES W. DALBY<br>CORR FACILITY<br>805 NORTH AVENUE F<br><br>POST, TX 79356<br>Acct #:42169880<br><br>NPI: 1912317587 | MUNGUIA, URBISIO<br><br>DOB:9/25/1973<br>SEX:M<br>U/FL:F04<br>ROOM:<br>ID:  3176290 | AGE: 47<br>WING:<br>BED: 12L<br>ALT ID: 33922-479 | Specimen ID: 21016341940<br><br>Report Date: 7/29/2020 9:11<br>Date Received: 7/29/2020 0:00<br>Date Observed:7/28/2020 5:00 |

## Comp. Metabolic Panel (14)

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| Glucose | | 132 H | 65-99 | mg/dL | F | 01 |
| BUN | 14 | | 6-24 | mg/dL | F | 01 |
| Creatinine | 0.97 | | 0.76-1.27 | mg/dL | F | 01 |
| eGFR If NonAfricn Am | 93 | | >59 | mL/min/1.73 | F | 01 |
| eGFR If Africn Am | 108 | | >59 | mL/min/1.73 | F | 01 |
| BUN/Creatinine Ratio | 14 | | 9-20 | | F | 01 |
| Sodium | 140 | | 134-144 | mmol/L | F | 01 |
| Potassium | 4.2 | | 3.5-5.2 | mmol/L | F | 01 |
| Chloride | 102 | | 96-106 | mmol/L | F | 01 |
| Carbon Dioxide, Total | 27 | | 20-29 | mmol/L | F | 01 |
| Calcium | 9.3 | | 8.7-10.2 | mg/dL | F | 01 |
| Protein, Total | 6.8 | | 6.0-8.5 | g/dL | F | 01 |
| Albumin | 4.3 | | 4.0-5.0 | g/dL | F | 01 |
| Globulin, Total | 2.5 | | 1.5-4.5 | g/dL | F | 01 |
| A/G Ratio | 1.7 | | 1.2-2.2 | | F | 01 |
| Bilirubin, Total | 0.7 | | 0.0-1.2 | mg/dL | F | 01 |
| Alkaline Phosphatase | 45 | | 39-117 | IU/L | F | 01 |
| AST (SGOT) | 19 | | 0-40 | IU/L | F | 01 |
| ALT (SGPT) | 34 | | 0-44 | IU/L | F | 01 |

## Lipid Panel

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| Cholesterol, Total | 152 | | 100-199 | mg/dL | F | 01 |
| Triglycerides | | 151 H | 0-149 | mg/dL | F | 01 |
| HDL Cholesterol | | 39 L | >39 | mg/dL | F | 01 |
| VLDL Cholesterol Cal | 30 | | 5-40 | mg/dL | F | 01 |
| LDL Cholesterol Calc | 83 | | 0-99 | mg/dL | F | 01 |
| Comment: | | | | | F | 01 |

## TSH

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 0.622 | | 0.450-4.500 | uIU/mL | F | 01 |

## PERFORMING LAB

01 - LabCorp Dallas, 7777 Forest Ln Bldg C350, DallasTX, 752302544 9725986000, MD, Etufugh, CN  MD,

L = BELOW LOW NORMAL  | LL = ALERT LOW  | H = ABOVE HIGH NORMAL | HH = ALERT HIGH  | < = PANIC LOW  | > = PANIC HIGH | A = ABNORMAL |
AA = CRITICAL ABNORMAL | S = SUSCEPTIBLE | R = RESISTANT | I = INTERMEDIATE | NEG = NEGATIVE | POS = POSITIVE

**Hematologic:**
*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**

☑ No vitals Refused

### Vital Signs

| Pulse Rate: | Blood Pressure: | O2 Sat: |
|---|---|---|
| 87 | 123/83 | 96 |

| Respiratory Rate: | Weight: | Temperature: |
|---|---|---|
| 18 | 275 | 97.5 |

### BP Recheck (if needed)

| Blood Pressure Recheck #1: | Time of Recheck #1: |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

**Height:**
5-10

**BMI:**
39.45

Foot Exam every 3 months if abnormal
**Diabetes Comprehensive Foot Exam:**

☑ Foot Exam not needed at this time (already scheduled for exam)

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 02/02/2021
18:01:23

**Treatment Goal if BP greater than 140/90:**
*NO ANSWER PROVIDED*

## Plan

**Diabetes Plan:**
  take medications as prescribed

  increase activity

  increase water intake

  decrease processed food intake

  decrease coffee and tea intake

  patient educated on medication compliance

  rtc with questions or concerns

**HTN/Cardiac Plan:**
  take medications as prescribed

  increase activity

  increase water intake

  decrease processed food intake

  decrease coffee and tea intake

  patient educated on medication compliance

  rtc with questions or concerns

**Medication:**
*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**
☑No

**Order Labs:**
☑No

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
☑Yes

**Order Immunization(s):**
☑No

**Order Outside Referrals/Consults:**
☑No

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 02/02/2021
18:01:23

## Chronic Care Clinic

**Date:**
11/11/2020

**Did patient refuse or not show up for Chronic Clinic appointment:**
☑ Patient is Present

**Type(s) of Chronic Care Clinic(s):**
☑ Diabetes  ☑ HTN/Cardiac

**Type of Diabetes:**
☑ Non Insulin Dependent (NIDDM)

**Diabetes Severity:**
☑ Mild

**Allergies:**
NO KNOWN DRUG ALLERGY

**Current Medications:**
ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2020-02-08--2021-02-06
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06

**Additional Information:**
*NO ANSWER PROVIDED*

### Subjective

**History of Present Illness/Illnesses:**
The patient presents to the CCC for routine check up on dm and htn. He reports medication compliance and denies unwanted side effects. Denies regular exercise, has good water intake and attempts to watch what he eats. Denies questions or concerns at this time.

#### Review of Systems

**General:**
☑ No Fever  ☑ No Weakness  ☑ No Fatigue  ☑ No Recent Weight Change

**Additional Comments on General Review:**
*NO ANSWER PROVIDED*

**Skin:**
☑ No Dryness  ☑ No Ulcer  ☑ No Rash  ☑ No Itching  ☑ No Skin Breaks

**Additional Comments on Skin Review:**
*NO ANSWER PROVIDED*

**Eyes:**
*NO ANSWER PROVIDED*

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 11/11/2020
16:12:33

**Additional Comments on Neurologic Review:**
NO ANSWER PROVIDED

**Hematologic:**
NO ANSWER PROVIDED

**Additional Comments on Hematologic Review:**
NO ANSWER PROVIDED

**Endocrine:**
NO ANSWER PROVIDED

**Additional Comments on Endocrine Review:**
NO ANSWER PROVIDED

## Objective

**Did patient refuse vitals:**
☑ No vitals Refused

### Vital Signs

| **Pulse Rate:** | **Blood Pressure:** | **O2 Sat:** |
|---|---|---|
| 91 | 113/71 | 99 |
| **Respiratory Rate:** | **Weight:** | **Temperature:** |
| 20 | 266 | 96.8 |

### BP Recheck (if needed)

| **Blood Pressure Recheck #1:** | **Time of Recheck #1:** |
|---|---|
| NO ANSWER PROVIDED | NO ANSWER PROVIDED |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| NO ANSWER PROVIDED | NO ANSWER PROVIDED |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| NO ANSWER PROVIDED | NO ANSWER PROVIDED |

**Height:**
5-10

**BMI:**
38.16

Foot Exam every 3 months if abnormal
**Diabetes Comprehensive Foot Exam:**

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 08/19/2020
18:19:24

**Clinical Status of HTN/Cardiac:**
☑Stable

**Treatment Goal if BP greater than 140/90:**
*NO ANSWER PROVIDED*

## Plan

**Diabetes Plan:**

Continue current medication regimen

increase activity as tolerated

decrease process food intake

rtc with questions or concerns

recheck a1c in 90 days

**HTN/Cardiac Plan:**

no changes at this time to regimen

increase fluid intake

Otitis media- augmentin orally bid for 10 days

neck and back pain- xray friday and toradol shot today in clinic

**Medication:**
☑New Medication

> **Specify new/changed/renewed medication(s):**
>
> AMOX/CLAV 875MG/125MG TAB (AUGMENTIN) -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] - (8/19/2020 - 9/2/2020)
>
> CARBAMIDE PERX 6.5% OTIC (DEBROX) -- [INSTILL 3 DROP(S) INTO EACH EAR IN THE EVENING (TX)] - (8/20/2020 - 8/24/2020)
>
> KETOROLAC 60MG/2ML SYRING (TORADOL IM) -- [INJECT 60 MILLIGRAM(S) INTRA-MUSCULARLY ONCE DAILY (TX)] - (8/19/2020 - 8/20/2020)

**Vital(s)/Treatment(s) being ordered:**
☑Yes

> **Specify treatment order(s):**
> ear wax debridement for 5 days starting 08/20/20

**Order Labs:**
☑Yes

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 08/19/2020
18:19:24

**Psychological:**
*NO ANSWER PROVIDED*

**Other:**
*NO ANSWER PROVIDED*

**Additional Findings:**
*NO ANSWER PROVIDED*

**Current Medications:**
ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2020-02-08--2021-02-06
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06

## Assessment

**Assessment (Diagnosis):**
DM2 is well controlled with no more episodes of hypoglycemia since last visit

## Plan

**Plan:**
Continue Metformin at current dose in combination with diet and exercise, may continue to come for sugar checks BID

**Follow-up:**
☑ No Follow-up needed

**Medication:**
*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**
*NO ANSWER PROVIDED*

**Order Labs:**
*NO ANSWER PROVIDED*

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
*NO ANSWER PROVIDED*

**Order Immunization(s):**
*NO ANSWER PROVIDED*

**Order Outside Referrals/Consults:**
*NO ANSWER PROVIDED*

## Education

**Education Provided:**
☑ Diet   ☑ Diet, Weight Loss, Exercise   ☑ Medication   ☑ Disease Process   ☑ Risk Factors and Reducers

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB **on** 05/21/2020 09:14:38

## Chronic Care Clinic

**Date:**
04/27/2020

**Did patient refuse or not show up for Chronic Clinic appointment:**
☑ Patient is Present

    **Type(s) of Chronic Care Clinic(s):**
    ☑ Diabetes ☑ HTN/Cardiac

        **Type of Diabetes:**
        ☑ Non Insulin Dependent (NIDDM)

        **Diabetes Severity:**
        ☑ Mild

    **Allergies:**
    NO KNOWN DRUG ALLERGY

    **Current Medications:**
    ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2020-02-08--2021-02-06
    LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06
    METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2020-02-08--2021-02-06

    **Additional Information:**
    *NO ANSWER PROVIDED*

### Subjective

**History of Present Illness/Illnesses:**
Routine CCC for DM2. He reports concerns that he may be having low sugars. He describes episodes of dizziness fatigue, shakiness that occurs if he goes more than a few hours w/o eating. The symptoms resolve with eating.

### Review of Systems

**General:**
☑ No Fever ☑ No Weakness ☑ No Fatigue ☑ No Recent Weight Change

**Additional Comments on General Review:**
*NO ANSWER PROVIDED*

**Skin:**
☑ No Dryness ☑ No Ulcer ☑ No Rash ☑ No Itching ☑ No Skin Breaks

**Additional Comments on Skin Review:**
*NO ANSWER PROVIDED*

**Eyes:**
*NO ANSWER PROVIDED*

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB on 04/28/2020 06:04:20

**Hematologic:**
*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**
☑ No vitals Refused

### Vital Signs

| Pulse Rate: | Blood Pressure: | O2 Sat: |
|---|---|---|
| 72 | 118/82 | 98 |

| Respiratory Rate: | Weight: | Temperature: |
|---|---|---|
| 20 | 270 | 97.5 |

### BP Recheck (if needed)

| Blood Pressure Recheck #1: | Time of Recheck #1: |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

| Blood Pressure Recheck #2: | Time of Recheck #2: |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

| Blood Pressure Recheck #3: | Time of Recheck #3: |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

**Height:**
5-10

**BMI:**
38.74

Foot Exam every 3 months if abnormal
**Diabetes Comprehensive Foot Exam:**
☑ Complete Foot Exam during Chronic Clinic

### Diabetes Comprehensive Foot Exam

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

Patient Name: MUNGUIA, URBISIO
Patient Number: 33922-479
Location: F04-12L
DOB: 9/25/1973
Facility: GILES W. DALBY CORR FACILITY
Electronically Signed By REDDICK, JACOB on 04/28/2020 06:04:20

## Chronic Care Clinic

**Date:**

02/06/2020

**Did patient refuse or not show up for Chronic Clinic appointment:**

☑ Patient is Present

> **Type(s) of Chronic Care Clinic(s):**
> ☑ Diabetes ☑ HTN/Cardiac
>
> > **Type of Diabetes:**
> > ☑ Non Insulin Dependent (NIDDM)
> >
> > **Diabetes Severity:**
> > ☑ Mild

**Allergies:**

NO KNOWN DRUG ALLERGY

**Current Medications:**

ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2019-11-14--2020-05-03
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2019-11-14--2020-05-03
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2019-11-14--2020-05-03

**Additional Information:**

*NO ANSWER PROVIDED*

> ## Subjective
>
> **History of Present Illness/Illnesses:**
> Here for f/u of HTN and DM2. He reports compliance with meds and denies unwanted side effects.
>
> > ## Review of Systems
> >
> > **General:**
> > ☑ No Fever ☑ No Weakness ☑ No Fatigue ☑ No Recent Weight Change
> >
> > **Additional Comments on General Review:**
> > *NO ANSWER PROVIDED*
> >
> > **Skin:**
> > *NO ANSWER PROVIDED*
> >
> > **Additional Comments on Skin Review:**
> > *NO ANSWER PROVIDED*
> >
> > **Eyes:**
> > *NO ANSWER PROVIDED*
> >
> > **Additional Comments on Eyes Review:**

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB **on** 02/06/2020 16:41:56

*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**
☑ No vitals Refused

### Vital Signs

| **Pulse Rate:** | **Blood Pressure:** | **O2 Sat:** |
|---|---|---|
| 74 | 110/76 | 97 |
| **Respiratory Rate:** | **Weight:** | **Temperature:** |
| 20 | 266 | 98.6 |

### BP Recheck (if needed)

| **Blood Pressure Recheck #1:** | **Time of Recheck #1:** |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

**Height:**
5-10

**BMI:**
38.74

Foot Exam every 3 months if abnormal
**Diabetes Comprehensive Foot Exam:**
☑ Foot Exam not needed at this time (already scheduled for exam)

### Physical Exam

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB **on** 02/06/2020 16:41:56

3 of 7

*NO ANSWER PROVIDED*

## Plan

**Diabetes Plan:**

Recommended increasing his metformin or adding sulfonurea. He was hesitant to make change for fear of hypoglycemia. Have encouraged to improve diet, increased exercise, and loose weight as an alernative

**HTN/Cardiac Plan:**

Continue Lisinopril

**Medication:**
*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**
*NO ANSWER PROVIDED*

**Order Labs:**
☑Yes

### Labs/Diagnostics

**Specify Labs to be Ordered:**
CMP and A1C in 90 days

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
*NO ANSWER PROVIDED*

**Order Immunization(s):**
*NO ANSWER PROVIDED*

**Order Outside Referrals/Consults:**
*NO ANSWER PROVIDED*

**Next Chronic Clinic Visit:**
☑Schedule Next Chronic Clinic

**Return to Chronic Care Clinic:**
☑90 days

**Does the patient need any other appointment scheduled:**
*NO ANSWER PROVIDED*

## Education

**Education Provided:**
☑Diet  ☑Medication  ☑Exercise  ☑Diet/Exercise/Weight  ☑Disease Process  ☑Risk Factors and reducers

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB on 02/06/2020 16:41:56

☑+                                                              ☑+

**Monofilament test result at point 5:**                        **Monofilament test result at point 10:**

☑+                                                              ☑+

**Additional Comment on Monofilamnet test:**
*NO ANSWER PROVIDED*

**Does the patient have any of the following present:**
☑No problems present

**Risk Categorization:**
☑0 - No loss of protective sensation

**Height:**
5-10

**BMI:**
38.02

**Was patient a smoker:**
☑No

**Did patient use Oral Tobacco:**
☑No

## Objective

**Did patient refuse vitals:**
☑No vitals Refused

## Vital Signs

| **Temperature:** | **Respiratory Rate:** | **Weight:** |
|---|---|---|
| 98.5 | 20 | 265 |
| **Pulse Rate:** | **Blood Pressure:** | **Did the patient gain or lose weight:** |
| 75 | 123/77 | ☑No Change |

## Physical Findings

**Heart:**
☑No Abnormalities Noted

**Extremities:**
☑No Abnormalities Noted

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB on 11/06/2019 13:22:21

3 of 6

**HTN/Cardiac Assessment (Diagnosis):**
BP is well controlled, cont lisinopril

**Additional Assessment (Diagnosis):**
*NO ANSWER PROVIDED*

**Degree of Control for Diabetes:**
☑ Good

**Degree of Control for HTN/Cardiac:**
☑ Good

**Clinical Status of Diabetes:**
☑ Stable

**Clinical Status of HTN/Cardiac:**
☑ Stable

**Treatment Goal if BP greater than 140/90:**
*NO ANSWER PROVIDED*

## Plan

**Order Labs/Diagnostics:**
☑ Yes

### Labs/Diagnostics

**Specify Labs/Diagnostics to be Ordered:**
CBC, CMP, A1C in 90days

**Return to Clinic:**
☑ 60 days

**Does patient need appointment outside of regualrly scheduled Chronic Care Clinic visit:**
*NO ANSWER PROVIDED*

**Referrals/Consults (if applicable):**
*NO ANSWER PROVIDED*

**Medication:**
☑ Change to medication    ☑ Renewal

**Specify new/changed/renewed medication(s):**

LISINOPRIL 20MG TABLET (PRINIVIL) -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] - (11/6/2019 - 5/3/2020)

METFORMIN 500MG TABLET (GLUCOPHAGE) -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] - (11/6/2019 - 5/3/2020)

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB **on** 11/06/2019 13:22:21

## Immunization Consent/Declination

### Vaccines

**Available Vaccines:**

☑ Influenza

CDC VIS

### Influenza

#### Consent of Vaccination

The Seasonal Influenza Vaccination has been fully explained to me by the Medical Department. I understand the benefits and risks associated with the vaccination. Briefly stated, they are:

Benefits: Reduce the risk of acquiring the seasonal flu
Risks - Mild: Redness, soreness, bruising, and/or infection at the injection site may occur
Risks - Severe:
  1) Acute allergic reaction would occur within a few minutes of the shot
  2) Guillain-Barre Syndrome - progressive muscle weakness and paralysis may occur a week after the vaccine – (occurs no more than 1-2 cases per million persons vaccinated)

**\*Do not get this vaccine if you are allergic to eggs or have had a serious reaction to the seasonal flu vaccine in the past\***

I have been provided an opportunity to ask questions about the disease and the treatment. I understand the risks and benefits of the vaccination. I understand that the vaccination that I am about to receive is a single shot and it will not be fully effective for approximately two weeks. As with all vaccines however, there is no guarantee that I will become immune or that I will not experience side effects. I understand that I should not receive this vaccine if I am allergic to eggs, have had a severe reaction to a previous Influenza vaccine, or am allergic to components of the vaccine.

**Consent to Influenza Vaccine:**

☑ Decline

#### Declination of Vaccination

I understand that I may be at risk of acquiring the Seasonal Flu. I have been given the opportunity to be vaccinated.

If in the future I want to be vaccinated with the refused vaccines, I can receive the vaccination at no charge to me.

**Interpreter:**

☑ No

---

**Immunization Consent/Declination**
MTC - Immunization Consent/Declination

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** JENKINS, DEBRA **on** 11/01/2019 12:54:57

BP-A1136   **CONSENTIMIENTO PARA LA APLICACIÓN DE LA VACUNA CONTRA LA COVID-19 - RECLUSOS**
FEBRERO DE 2021
**DEPARTAMENTO DE JUSTICIA DE LOS ESTADOS UNIDOS**          **AGENCIA FEDERAL DE PRISIONES**

Se me ha entregado una copia de la ficha informativa de la **Autorización de Uso de Emergencia (EUA, Emergency Use Authorization)** de la vacuna contra la COVID-19 con fecha _3/19/21_. He tenido la oportunidad de hacer preguntas sobre los beneficios y riesgos de la vacuna, incluyendo preguntas respecto de si estoy embarazada, amamantando o tengo un sistema inmunitario debilitado. Accederé a recibir el número correspondiente de dosis de la vacuna tal como sea indicado por su fabricante.

**Preguntas relacionadas con la salud antes de la aplicación de la vacuna contra la COVID-19** *(marcar "Sí" o "No").*

| Sí | No | Preguntas relacionadas con la salud |
|----|----|----|
| ☐ | ☑ | ¿Está enfermo hoy? |
| ☐ | ☑ | ¿Alguna vez ha sufrido algún tipo de alergia grave (anafilaxia, por ejemplo) o una reacción alérgica inmediata de algún tipo ante alguno de los componentes de esta vacuna o a una dosis previa de la misma? |
| ☐ | ☑ | ¿Alguna vez ha tenido alguna reacción alérgica inmediata a otra vacuna o terapia inyectable? |
| ☐ | ☑ | ¿Ha recibido alguna otra vacuna en los últimos 14 días? |
| ☐ | ☑ | ¿Ha recibido terapia de anticuerpos monoclonales contra la COVID-19 en los últimos 90 días? |

☑ **Doy mi consentimiento para recibir la vacuna contra la COVID-19**

| Dosis n.º (1 o 2) | Fabricante de la vacuna | Número de lote | Fecha de vencimiento | Ruta | Deltoides |
|----|----|----|----|----|----|
| 1 | Jansen Biotech | 203A21A | 7/6/21 | | ☐ Izquierdo  ☑ Derecho |

| Firma del recluso | Fecha |
|----|----|
| *Elchon M.* | APR 0 8 2021 |

| Firma del administrador | Fecha |
|----|----|
| *(signature)* | APR 0 8 2021 |

| Administrado por (nombre/cargo) |
|----|
| J. REDDICK, MD |

☐   **Me niego a recibir la vacuna contra la COVID-19.**

| Firma del recluso | Fecha |
|----|----|
| | |

| Firma del testigo | Fecha |
|----|----|
| | |

| (EN LETRA DE IMPRENTA) Nombre del testigo |
|----|
| |

| (EN IMPRENTA) Nombre del recluso (apellido, nombre) | Número de registro |
|----|----|
| Munguia Urbisio | 33922-479 |

| Institución | Unidad | Asignación de trabajo |
|----|----|----|
| GILES W. DALBY CORRECTIONAL FACILITY | | |

**DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS**
**SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENT**

PDF                          Prescripto por PS6190

munguia  urbisio    Male    47Years

DOB: 9/25/73



0.67~100Hz  AC50   25mm/s    10mm/mV    V1.43   SEMIP  V1.81

**LabCorp**                                                                    **Patient Report**

Specimen ID: 111-163-1984-0                          Acct #: 42169880          Phone: (806) 495-4040     Rte: 00
Control ID: B0100924619                              Giles W. Dalby Correctional
                                                     Facility
**MUNGUIA, URBISIO**                                 805 N. Avenue F
                                                     Post TX 79356

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| DOB: 09/25/1973 | Date collected: 04/20/2020 0500 Local | Ordering: J REDDICK |
| Age(y/m/d): 046/06/26 | Date received: 04/21/2020 | Referring: |
| Gender: M          SSN: | Date entered:  04/21/2020 | ID: |
| Patient ID: 33922-479 | Date reported:  04/21/2020 0909 ET | NPI: 1912317587 |

General Comments & Additional Information
Alternate Control Number: B0100924619                    Alternate Patient ID: 33922-479
Total Volume: Not Provided                               Fasting: Yes

Ordered Items
Comp. Metabolic Panel (14); Hemoglobin A1c

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 127 | High | mg/dL | 65 - 99 | 01 |
| BUN | 16 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 0.99 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 91 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 105 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 16 | | | 9 - 20 | |
| Sodium | 142 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.3 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 102 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 26 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.3 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 6.9 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.1 | | g/dL | 4.0 - 5.0 | 01 |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 50 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 15 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 25 | | IU/L | 0 - 44 | 01 |
| **Hemoglobin A1c** | | | | | |
| Hemoglobin A1c | 7.1 | High | % | 4.8 - 5.6 | 01 |
| Please Note: | | | | | 01 |

            Prediabetes: 5.7 - 6.4
            Diabetes: >6.4
            Glycemic control for adults with diabetes: <7.0

| 01 | DA | LabCorp Dallas | Dir: CN Etufugh, MD |
|---|---|---|---|
| | | 7777 Forest Ln Bldg C350, Dallas, TX 75230-2544 | |

For inquiries, the physician may contact Branch: 972-566-7500 Lab: 972-598-6000

This document contains private and confidential health information protected by state and federal law.          © 1995-2020 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 972-598-6000                                          All Rights Reserved - Enterprise Report Version: 1.00

# ⋈ LabCorp

**Patient Report**

**Specimen ID:** 035-163-5535-0
**Control ID:** B0098854811

**MUNGUIA, URBISIO**

**Acct #:** 42169880     **Phone:** (806) 495-4040     **Rte:** 00
Giles W. Dalby Correctional
Facility
805 N. Avenue F
Post TX 79356

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| **DOB:** 09/25/1973 | **Date collected:** 02/04/2020 0500 Local | **Ordering:** J REDDICK |
| **Age(y/m/d):** 046/04/10 | **Date received:** 02/05/2020 | **Referring:** |
| **Gender:** M        **SSN:** | **Date entered:** 02/05/2020 | **ID:** |
| **Patient ID:** 33922-479 | **Date reported:** 02/05/2020 0911 ET | **NPI:** 1912317587 |

**General Comments & Additional Information**
Alternate Control Number: B0098854811
**Total Volume:** Not Provided
Alternate Patient ID: 33922-479
**Fasting:** Yes

**Ordered Items**
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Hemoglobin A1c

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 10.3 | | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 5.10 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Hemoglobin | 14.7 | | g/dL | 13.0 - 17.7 | 01 |
| Hematocrit | 43.9 | | % | 37.5 - 51.0 | 01 |
| MCV | 86 | | fL | 79 - 97 | 01 |
| MCH | 28.8 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 33.5 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.2 | | % | 11.6 - 15.4 | 01 |
| Platelets | 286 | | x10E3/uL | 150 - 450 | 01 |
| Neutrophils | 40 | | % | Not Estab. | 01 |
| Lymphs | 46 | | % | Not Estab. | 01 |
| Monocytes | 5 | | % | Not Estab. | 01 |
| Eos | 8 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 4.1 | | x10E3/uL | 1.4 - 7.0 | 01 |
| **Lymphs (Absolute)** | **4.9** | **High** | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1 - 0.9 | 01 |
| **Eos (Absolute)** | **0.8** | **High** | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| | | | | | |
| **Comp. Metabolic Panel (14)** | | | | | |
| **Glucose** | **146** | **High** | mg/dL | 65 - 99 | 01 |
| BUN | 15 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 1.07 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 83 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 96 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 14 | | | 9 - 20 | |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 972-598-6000

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

 **LabCorp**                                                                 **Patient Report**

**Patient:** MUNGUIA, URBISIO
**DOB:** 09/25/1973          **Patient ID:** 33922-479          **Control ID:** B0098854811          **Specimen ID:** 035-163-5535-0
**Date collected:** 02/04/2020  0500 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Sodium | 141 | | mmol/L | 134 - 144 | 01 |
| Potassium | 5.0 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 101 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 28 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.7 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 6.8 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.4 | | g/dL | 4.0 - 5.0 | 01 |
| | **Please note reference interval change** | | | | |
| Globulin, Total | 2.4 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 48 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 16 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 23 | | IU/L | 0 - 44 | 01 |
| **Hemoglobin A1c** | | | | | |
| **Hemoglobin A1c** | **7.3** | **High** | % | 4.8 - 5.6 | 01 |
| Please Note: | | | | | 01 |

           Prediabetes: 5.7 - 6.4
           Diabetes: >6.4
           Glycemic control for adults with diabetes: <7.0

| 01 | DA | LabCorp Dallas | Dir: CN Etufugh, MD |
|---|---|---|---|
| | | 7777 Forest Ln Bldg C350, Dallas, TX 75230-2544 | |

For inquiries, the physician may contact **Branch: 972-566-7500 Lab: 972-598-6000**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 972-598-6000

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**Hematologic:**
*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**
☑ No vitals Refused

### Vital Signs

| Pulse Rate: | Blood Pressure: | O2 Sat: |
|---|---|---|
| 89 | 136/88 | 98 |

| Respiratory Rate: | Weight: | Temperature: |
|---|---|---|
| 18 | 266 | 98.2 |

### BP Recheck (if needed)

| Blood Pressure Recheck #1: | Time of Recheck #1: |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

**Height:**
5-10

**BMI:**
39.45

Foot Exam every 3 months if abnormal
**Diabetes Comprehensive Foot Exam:**
☑ Foot Exam not needed at this time (already scheduled for exam)

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

Patient Name: MUNGUIA, URBISIO
Patient Number: 33922-479
Location: F04-12L
DOB: 9/25/1973
Facility: GILES W. DALBY CORR FACILITY
Electronically Signed By URBINA, JENNIFER MARIE on 04/19/2021
13:16:55

## Chronic Care Clinic

**Date:**
04/19/2021

**Did patient refuse or not show up for Chronic Clinic appointment:**
☑Patient is Present

> **Type(s) of Chronic Care Clinic(s):**
> ☑Diabetes  ☑HTN/Cardiac
>
> > **Type of Diabetes:**
> > ☑Non Insulin Dependent (NIDDM)
> >
> > **Diabetes Severity:**
> > ☑Mild

**Allergies:**
NO KNOWN DRUG ALLERGY

**Current Medications:**
ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2021-02-05--2022-02-04
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2021-02-05--2022-02-04
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2021-02-05--2022-02-04

**Additional Information:**
*NO ANSWER PROVIDED*

> ## Subjective
>
> **History of Present Illness/Illnesses:**
>
> The patient presents to the CCC for routine check on dm and htn. He reports medication compliance and denies unwanted side effects. Patient attempts to make good meal choices and have good water intake. Denies questions or concerns at this time.
>
> > ## Review of Systems
> >
> > **General:**
> > ☑No Fever  ☑No Weakness  ☑No Fatigue  ☑No Recent Weight Change
> >
> > **Additional Comments on General Review:**
> > *NO ANSWER PROVIDED*
> >
> > **Skin:**
> > ☑No Dryness  ☑No Ulcer  ☑No Rash  ☑No Itching  ☑No Skin Breaks
> >
> > **Additional Comments on Skin Review:**
> > *NO ANSWER PROVIDED*
> >
> > **Eyes:**
> > *NO ANSWER PROVIDED*

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** URBINA, JENNIFER MARIE **on** 04/19/2021 13:16:55

*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**
☑No vitals Refused

### Vital Signs

| **Pulse Rate:** | **Blood Pressure:** | **O2 Sat:** |
|---|---|---|
| 81 | 124/87 | 98 |
| **Respiratory Rate:** | **Weight:** | **Temperature:** |
| 18 | 269 | 97.8 |

### BP Recheck (if needed)

| **Blood Pressure Recheck #1:** | **Time of Recheck #1:** |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

**Height:**
5-10

**BMI:**
38.59

Foot Exam every 3 months if abnormal
**Diabetes Comprehensive Foot Exam:**
☑Complete Foot Exam during Chronic Clinic

### Diabetes Comprehensive Foot Exam

**History of foot ulcer:**

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB **on** 05/13/2021 00:25:28

## Chronic Care Clinic

**Date:**

05/13/2021

**Did patient refuse or not show up for Chronic Clinic appointment:**

☑Patient is Present

**Type(s) of Chronic Care Clinic(s):**

☑Diabetes   ☑HTN/Cardiac

**Type of Diabetes:**

☑Non Insulin Dependent (NIDDM)

**Diabetes Severity:**

☑Moderate

**Allergies:**

NO KNOWN DRUG ALLERGY

**Current Medications:**

ASPIRIN 81MG CHEW TAB -- [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] -- 2021-05-12--2022-05-11
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2021-05-12--2022-05-11
METFORMIN 500MG TABLET -- [TAKE 1 TABLET(S) ORALLY TWICE DAILY] -- 2021-05-12--2022-05-11

**Additional Information:**

*NO ANSWER PROVIDED*

## Subjective

**History of Present Illness/Illnesses:**

routine CC visit.  he reports compliance with medications and denies unwanted side effects.

### Review of Systems

**General:**

☑No Fever   ☑No Weakness   ☑No Fatigue   ☑No Recent Weight Change

**Additional Comments on General Review:**

*NO ANSWER PROVIDED*

**Skin:**

*NO ANSWER PROVIDED*

**Additional Comments on Skin Review:**

*NO ANSWER PROVIDED*

**Eyes:**

*NO ANSWER PROVIDED*

**Additional Comments on Eyes Review:**

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** MUNGUIA, URBISIO
**Patient Number:** 33922-479
**Location:** F04-12L
**DOB:** 9/25/1973
**Facility:** GILES W. DALBY CORR FACILITY
**Electronically Signed By** REDDICK, JACOB **on** 05/13/2021 00:25:28

| | | | |
|---|---|---|---|
| **Acetaminophen 325mg Tab (TYLENOL)** | 1/30/2019 | 2/6/2019 | 2/6/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY | | | |
| **Chlorpheniramine 4mg Tab (CHLOR-TRIMETON)** | 1/30/2019 | 2/6/2019 | 2/6/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | |
| **Banophen 25mg Capsule (BENADRYL)** | 2/16/2019 | 2/23/2019 | 2/23/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 2 CAPSULE(S) ORALLY TWICE DAILY | | | |
| **guaiFENesin 200mg Tablet (ORGANIDIN NR)** | 2/16/2019 | 2/23/2019 | 2/23/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY | | | |
| **Acetaminophen 325mg Tab (TYLENOL)** | 2/16/2019 | 2/23/2019 | 2/23/2019 |
| CORONA, RITA E | | | |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY | | | |
| **Benzonatate 200mg Capsule (TESSALON PERLES)** | 3/3/2019 | 4/1/2019 | 3/28/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 1 CAPSULE(S) ORALLY TWICE DAILY AS NEEDED COUGH | | | |
| **Chlorpheniramine 4mg Tab (CHLOR-TRIMETON)** | 4/22/2019 | 4/29/2019 | 4/29/2019 |
| CORONA, RITA E | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY | | | |
| **Aspirin 81mg Chew Tab (BAYER CHILDRENS ASPIRIN) - KOP** | 5/3/2019 | 7/31/2019 | 7/27/2019 |
| CORONA, RITA E | | | |
| CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY | | | |
| **Cephalexin 500mg Capsule (KEFLEX)** | 6/10/2019 | 6/20/2019 | 6/19/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 2 CAPSULE(S) ORALLY TWICE DAILY | | | |
| **Chlorpheniramine 4mg Tab (CHLOR-TRIMETON)** | 6/10/2019 | 6/16/2019 | 6/16/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY AS NEEDED | | | |
| **Acetaminophen 325mg Tab (TYLENOL)** | 6/10/2019 | 6/16/2019 | 6/16/2019 |
| FLORES, ALEXANDRIA K | | | |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY AS NEEDED | | | |
| **Lisinopril 20mg Tablet (PRINIVIL)** | 6/24/2019 | 7/24/2019 | 7/24/2019 |
| CORONA, RITA E | | | |

**EHR Clinical Report**

**Facility:**    TXGW - GILES W. DALBY CORR FACILITY

**Created By:**    TAYLOR, MADISON

**Created On:**    05/17/2021 1:49:05 PM