*Exhibit "C"*



| | **Individualized Needs Plan - Program Review   (Inmate Copy)** | **SEQUENCE: 02140066** |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | **Team Date: 12-22-2020** |
| | Plan is for inmate: MUNGUIA, URBISIO  33922-479 | |

| | | | |
|---|---|---|---|
| Facility: | DAL  DALBY CI | Proj. Rel. Date: | 08-18-2023 |
| Name: | MUNGUIA, URBISIO | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 33922-479 | DNA Status: | DAL14440 / 01-18-2019 |
| Age: | 47 | | |
| Date of Birth: | 09-25-1973 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | DEPORTATION, A093 240 771, MEXICO |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAL | PURCH | PURCH | 11-22-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAL | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 01-28-2019 |
| DAL | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-29-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAL | C | LITERACY-GED CLASS | 07-01-2019 | 08-30-2019 |
| DAL | W | LITERACY-GED CLASS | 04-01-2019 | 07-01-2019 |
| DAL | W | ADVANCED WRITING IN ENGLISH | 02-12-2019 | 04-11-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| SCRN1-MH | SCRN1-MENTAL HEALTH | 11-20-2018 |
| SCRN2 | CCM: STABLE CHRONIC CARE | 11-20-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 07-23-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-22-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 01-17-2019 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:**  **COMPLT**    **FINANC RESP-COMPLETED**    **Start: 12-10-2019**

Inmate Decision: **AGREED**    $10.00    Frequency: **MONTHLY**
Payments past 6 months:    **$0.00**    Obligation Balance: **$0.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details

Trust Fund Deposits - Past 6 months:  $2,452.86         Payments commensurate ?  N/A

New Payment Plan:    ** No data **

### Progress since last review



## Individualized Needs Plan - Program Review   (Inmate Copy)

SEQUENCE: 02140066
Team Date: 12-22-2020

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MUNGUIA, URBISIO 33922-479

Inmate Munguia has continued his job in Property with outstanding reviews. He has not enrolled in any classes at this time. He has clear conduct and clean cell.

### Next Program Review Goals

1) Maintain employment in Property with outstanding reviews.
2) Begin or continue a physical or recreational activity for health benefits(plays chess).
3) Enroll in a Substance Abuse or a Life Skills class by next review.

### Long Term Goals

1) Save an additional $50.00 in your account by next release,(currently has $517.08)
2) Complete 5 classes by release date.
3) Strengthen family bonds by communicating regularly.

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : See below
- Offense : See below
- Prisoner : See below
- Court Statement : See below
- Sentencing Commission : See below

Inmate is expected to be deported to his country of origin upon release.

### Comments

Treaty Transfer: Eligible and interested.
Treaty Transfer - interest, Mexico can reapply 9/13/2021
Judicial Recommendation - none
Phone/Visit list - both complete
Adjustments:none
Medical: none
Balance on hand $464.48



**Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 02140066
Dept. of Justice / Federal Bureau of Prisons   Team Date: 12-22-2020
Plan is for inmate: MUNGUIA, URBISIO  33922-479

Name: MUNGUIA, URBISIO
Register No.: **33922-479**
Age: 47
Date of Birth: 09-25-1973

DNA Status:   DAL14440 / 01-18-2019

Inmate   (MUNGUIA, URBISIO. Register No.: 33922-479)

Date

Unit Manager / Chairperson               Case Manager

Date                                                   Date

# Texas Education Agency
## Certificate of High School Equivalency

# URBICIO MUNGUIA

has demonstrated satisfactory performance
on the High School Equivalency Tests
that meets standards prescribed
by the Texas Education Agency

Issued: August 29, 2019
Certificate Number: 2106408

Commissioner of Education