FROM: Urbisio Munguia, BOP# 35986-479
Giles W. Dalby Correctional Facility
805 North Avenue F.
Post, Texas 79356.

TO: OFFICE OF THE CLERK
Bentsen Tower
1701 West Business Highway 83
Room 1011
McAllen, Texas 78501.

**UNITED STATES POSTAL SERVICE.** Retail

P US POSTAGE PAID
$0.00
Origin: 79356
07/16/21
4872350478-02

PRIORITY MAIL 3-DAY®

0 Lb 11.60 Oz
1006

EXPECTED DELIVERY DAY: 07/20/21

C016

SHIP TO:
1701 W BUSINESS 83
STE 1011
McAllen TX 78501-5178

USPS TRACKING® #

9505 5105 4531 1197 3186 90



CLERK U.S. DISTRICT COURT
RECEIVED
JUL 19 2021
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE.**